IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

PATRICK R. MURPHY, ANN M. MURPHY, and
MURPHY DEVELOPMENT, INC.,

        Plaintiffs,

vs.

                           Case No. 05-C-493

VILLAGE OF ASHWAUBENON,     The Honorable William C. Griesbach

        Defendant.

### ORDER AMENDING DEADLINES OF SCHEDULING ORDER

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED** that the Court's Scheduling Order of September 28, 2005 is amended as follows:

    A)    The date for Murphy to disclose information concerning its' expert witnesses in accordance with Civil L.R. 26.1(a) and (b) shall be extended from June 1, 2006 to **September 1, 2006**;

    B)    The date for Ashwaubenon to disclose information concerning its' expert witnesses in accordance with Civil L.R. 26.1(a) and (b) shall be extended from September 1, 2006 to **December 1, 2006**; and

    C)    The date by which all dispositive motions must be filed and served shall be extended from November 1, 2006 to **February 1, 2007**.

There is good cause to amend the Scheduling Order and the amendments will not prejudice either party.

Dated this 14th day of April, 2006.

                                                        **BY THE COURT:**

                                                        s/ William C. Griesbach
                                                        Hon. William C. Griesbach
                                                        United States District Court Judge